**ARNDT, PRESTON, CHAPIN, LAMB &
KEEN, Inc.,**

v.

**L-M MANUFACTURING CO., Inc.,**
Appellant.

No. 12712.

United States Court of Appeals
Third Circuit.

Argued Dec. 19, 1958.

Decided Jan. 9, 1959.

————◆————

Erwin Lodge, Philadelphia, Pa., for
appellant.

Frank K. Tarbox, Philadelphia, Pa.
(Henry T. Reath and Duane, Morris &
Heckscher, Philadelphia, Pa., on the
brief), for appellee.

Before BIGGS, Chief Judge, and Mc-
LAUGHLIN and HASTIE, Circuit
Judges.

PER CURIAM.

Jurisdiction in the instant case is
based on diversity and the law of Penn-
sylvania governs. The decision below
turned on the issue as to whether the
defendant-appellant, L-M Manufacturing
Co., Inc., a corporation engaged in the
manufacture of chain saws, tractors and
other small powered equipment, by its
conduct waived an unperformed provi-
sion of a contract made by it with the
plaintiff-appellee, Arndt, Preston, Chap-
in, Lamb & Keen, an advertising
agency. Under the provisions of the
contract referred to the plaintiff-appellee
agreed to submit cost estimates to cover
jobs specified in the nine counts of the
complaint. The court below found for
the plaintiff-appellee on eight of the nine
counts of the complaint and assessed the
fair and reasonable value of the work
performed by the plaintiff-appellee for
the defendant-appellant in the amounts
appearing in the judgment.

The record is a highly detailed one.
The basic facts relating to the conduct of
the defendant-appellant, deemed to con-
stitute waiver of the requirement of cost
estimates, were weighed carefully by the
court below and we cannot say that its
findings of fact were clearly erroneous
in any substantial particular. The ulti-
mate finding of waiver by the court below
was in accord with the law of Pennsyl-
vania.

The counterclaim and recoupment as-
serted by the defendant-appellant were
unsupported by any adequate proof of
damages and were not pressed before
this court.

The judgment will be affirmed.